FRED PLISCHKE ET AL., APPELLEES, V. CHARLES ARVENNE JAMESON AND GENE B. JAMESON, EXECUTORS OF THE ESTATE OF CHARLES A. JAMESON, DECEASED, APPELLANTS.
153 N. W. 2d 359

Filed October 13, 1967.  No. 36587.

See 181 Neb. 887, 152 N. W. 2d 119, for original opinion.

O. A. Drake, for appellants.

Dier & Ross, for appellees.

Heard before WHITE, C. J., CARTER, SPENCER, BOSLAUGH, SMITH, McCOWN, and NEWTON, JJ.

SPENCER, J.

Subsequent to our opinion herein in 181 Neb. 887, 152 N. W. 2d 119, appellees filed a motion for an additional directive as assistance to the trial court in drawing a judgment on the mandate.  We sustain said motion, and file this supplemental opinion to make the following changes in the judgment entered by the trial court:

The judgment of the district court, dated December 28, 1966, should be modified by striking paragraph 5 of the findings and amending paragraph 4 of the findings to read as follows:

4.  Title should be quieted in the defendant to all land south of the fence line not embraced in the public road or in the prescriptive road.  This includes a triangular

Along fence line to all area where fence leaves old (1880) Road up to 3' South of fence line.

Fence Line "3"

Title Quieted in Defendant

Pipe Corner on East - West Half Section Line

734'

472'

TitledQuieted in Defendant⁴

Fence Line "2"

18'

345'

894.5'

39.71'

East - West Half Section Line

Point where fence crosses 1880 Road.

North Line of 1880 Road

1010'

Prescriptive Road

Fence Line 7

18'

13'

33'

N

Horizontal Scale    1"=352'
Vertical Scale      1"= 50'

West Quarter Corner
Sec. 27-T10N-R17W

Witness Corner —
West Half Section Line "3"

area along the east 734 feet of the fence and an area up to 3 feet south of the fence from where the fence leaves the public road, which the court determines to be 1,010 feet east of the west section line to a point approximately 734 feet west of the north-south half-section line.

The judgment should be further modified by amending the plat attached to the judgment, as shown by the plat attached hereto, to conform to the findings as amended.

Said judgment as modified is affirmed.

AFFIRMED AS MODIFIED.